298

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOHN JOSEPH DOWNING, DEFENDANT-PETITIONER.

*Mr. James Logan, Jr.,* and *Mr. Robert P. Weishoff* for the petitioner.

*Mr. Martin J. Queenan* and *Mr. Myron H. Gottlieb* for the respondent.

October 3, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
NICHOLAS GIANNETTI AND JOHN PETRUCCI, DE-
FENDANTS-PETITIONERS.

*Mr. Philip J. Mylod* and *Mr. Samuel D. Bozza* for the petitioners.

*Mr. Brendan T. Byrne* and *Mr. James R. Zazzali* for the respondent.

October 3, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
RICHARD GIANETTINO, DEFENDANT-PETITIONER.

*Mr. Louis Winer* for the petitioner.

*Mr. Frank C. Scerbo* and *Mr. Bertram J. Latzer* for the respondent.

October 3, 1967. Denied.